IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 98-cr-30200-DWD-5 |
| ) | |
| KITTY JAMES, ) | |
| ) | |
| Defendant. ) | |

### ORDER FOR FORFEITURE OF SUBSTITUTE PROPERTY

**DUGAN, District Judge:**

On July 5, 2000, a monetary forfeiture judgment in the amount of $1,000,000.00 was entered against Defendant Kitty James and in favor of the United States. (Doc. 195). The Order provided that the judgment could be enforced as an ordinary monetary judgment, by the forfeiture of substitute assets, or by a combination of both, as long as double recovery was not obtained. (Doc. 195 at 1).

On May 11, 2022, the United States filed a motion seeking forfeiture, as substitute property, of all current and future payments received by the United States Marshals Service from the Treasury Offset Program (TOP). Defendant James has not filed a response, and the time to do so has now passed. *See* SDIL-LR 7.1. For good cause shown and pursuant to 21 U.S.C. § 853(p), the motion (Doc. 551) is **GRANTED**, and the Court hereby orders forfeited $374.96 currently being held by the United States Marshals Service. The Court further **ORDERS FOREFEITED** all future payments received by the United States Marshals Service from the Treasury Offset Program (TOP).

**SO ORDERED.**

Dated: June 14, 2022 /s David W. Dugan
DAVID W. DUGAN
United States District Judge